IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| HAMZE EL-NAJJAR | : | NO.  09-CR-744 |
| a/k/a Hamze Al-Najjar | : | |

## MOTION  FOR EARLY TERMINATION OF SUPERVISED RELEASE

AND NOW COMES, Jeffrey M. Miller, Esquire, of Nasuti and Miller, Attorneys at Law,

150 S. Independence Mall West, the Public Ledger Building, Suite 1064, Philadelphia,

Pennsylvania, 19106 and Thomas J. Cammarata, Esquire of Cammarata, Nulty and Garrigan, 549

Summit Avenue, Jersey City, New Jersey 07306 on behalf of Hamze El. Najjar seeking early

termination of his supervised release for the following reasons:

1.  The defendant has complied with all terms of probation, paid his fine in full and would like

the freedom to travel to Lebanon to visit family as indicated in the attached certification.

Defendant relies on this certification in support of this motion.  He has been on supervised

release for in excess of one year.

2.  At sentencing this Honorable Court indicated it would consider early termination of

supervised release upon payment of the fine in full.

3.  Moving defense counsel respectfully requests this motion be granted and is submitting a

proposed form of order.

Respectfully submitted,

_____
JEFFREY M. MILLER, ESQUIRE


_____
THOMAS J. CAMMARATA, ESQUIRE

Date:    July     , 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| HAMZE EL-NAJJAR | : | NO.  09-CR-744 |
| a/k/a Hamze Al-Najjar | : | |

**ORDER TERMINATING SUPERVISED RELEASE**

AND NOW this    day of        , 2012, upon consideration of the Motion of the

defendant, Hamze El- Najjar and the certification in support thereof, it is hereby ORDERED,

DECREED AND ADJUDGED that his supervised release is hereby terminated as of the above

date.

BY THE COURT:

_____
                                                                J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| HAMZE EL-NAJJAR | : | NO.  09-CR-744 |
| a/k/a Hamze Al-Najjar | : | |

## <u>CERTIFICATION IN SUPPORT OF MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE</u>

HAMZE EL-NAJJAR, hereby certifies as follows:

1. I am the defendant in the above entitled matter and make this certification in support of my motion for early termination of my supervised release.

2. On June 16, 2010 I was sentenced to twelve (12) months and a day imprisonment on my plea of guilty to conspiracy to transport stolen goods and conspiracy to traffic in counterfeit goods.  I was also ordered to serve two (2) years of supervised release upon release from imprisonment and a fine of $3000.00.

3. I completed my sentence of incarceration on June 2, 2011.   Immediately thereafter I reported to probation and was placed on supervisory release.  Since that time I have been supervised in the Eastern District of New York by Officer Richard Khoury (718-534-3400).  I have advised Mr. Khoury of my intention to make this application and he advised he has no objections to this application being granted.

4. I have complied with all conditions of supervised release and have paid my fine in full. Attached as Exhibit A is copy of my May 2012 account statement and the receipt indicating

payment of the full balance.

5. At the time of sentencing the Court indicated that the it would entertain a petition for early termination of supervised release if I paid my fines in full. Additionally, I have family in Lebanon and would like the freedom to travel there. My mother resides in Lebanon and recently had heart surgery and I have not been able to see her. I respectfully request that the court grant this motion and terminate my supervisory release.

I hereby certify that the above statements are true and accurate and am aware that if any of the statements are wilfully false, I am subject to punishment.

Dated:

_____

Hamze El-Najjar



U.S. DEPARTMENT OF JUSTICE
Pennsylvania-Eastern
615 Chestnut St., Suite 1250
Philadelphia, PA 19106

For inquiries regarding debt call: 215-861-8200

**Debtor Statement**
This communication is from the United States
Department of Justice. All correspondence on this debt
should be sent to the representative of the United States
at the address to the left above.

Hamze El Najjar, 61681-066
269-93rd Street
2nd Floor
Brooklyn, NY 11209

| DATE OF STATEMENT | 05/31/2012 |
|---|---|
| ACCOUNT NUMBER | 2010A67274/001 |

Retain top portion for your records. This is your official receipt.
Make name/address corrections on the reverse. This statement
reflects the balances for this debt only. You may have additional
outstanding debt. Detach bottom portion, indicate amount
enclosed, and return with your payment.

### ACCOUNT INFORMATION

| | | | |
|---|---|---|---|
| Last Payment Received Date | 05/09/2012 | Current Balance | $668.74 |
| Last Payment Amount | 300.00 | Overdue Amount | $0.00 |
| Annual Interest Rate | % | Next Payment Amount | $100.00 |
| | | PAY THIS AMOUNT | $100.00 |

MAKE YOUR PAYMENT PAYABLE TO CLERK, U.S. DISTRICT COURT
INCLUDE COURT NUMBER ON YOUR PAYMENT
Please detach and enclose the bottom portion with payment

DO NOT SEND CASH!

Attn: Tom

From   Hamze ElNajjar    Tel: 646.981 3111



WESTERN UNION FINANCIAL SERVICES INC. - ISSUER
Englewood, Colorado

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

Case # 09-CR-000.744.005

14-517050269

A 105725 B 061012
T 1835 01
145170502691 L 000002

$ 668.74

SIX HUNDRED SIXTY-EIGHT DOLLARS AND SEVENTY-F
OUR CENTS

PAY EXACTLY

PAY TO THE
ORDER OF  Clerk, U.S District Court

PAYMENT FOR/ACCT. #

PURCHASER'S ADDRESS

PURCHASER'S SIGNATURE

MONEY ORDER RECEIPT - NON NEGOTIABLE

Try the new Western Union Payments service for all your bills
and get guaranteed proof of payment. To learn more and to
search over 10,000 billers, goto WesternUnionPaysMyBills.com.

AGT 105725 LOC 000002 DT 061012 $668.74 6HUNDRED68DOLLARS AN
D 74CENTS

**1 4517050269**

◀ LOAD THIS DIRECTION, THIS SIDE UP ▶

Attn: Tom
From: Hamze Elnajjar     Tel: 646-981-3111

## CERTIFICATE OF SERVICE

I declare under penalty or perjury that a copy of the application of Thomas J. Cammarata, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

**Peter Schenck, AUSA, Chief of the Criminal Division**
**United States Attorney's Office**
**615 Chestnut Street, Suite 1250**
**Philadelphia, PA  19106**

_____
**Signature of Attorney**

_____
**Name of Attorney**

_____
**Name of Moving Party**

_____
**Date**